UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENGGUANG ZHANG,<br><br>                    Petitioner,<br><br>            v.<br>WARDEN OF ADELANTO ICE<br>PROCESSING CENTER et al,<br><br>                    Respondent. | Case No. 5:26-cv-02469-JLS-MAR<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Doc. 1), the records on file, the Report and Recommendation of the United States Magistrate Judge (Doc. 9), the objection filed (Doc. 11), and the reply to the objection (Doc. 12). The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS ORDERED** that:

(1) The Petition is GRANTED;

(2) Respondent is ORDERED to immediately release Petitioner **CHENGGUANG ZHANG (A-number 245-223-169)**, subject to the conditions of his preexisting release, and return all his belongings, including his identification documents;

(3) Respondent is ORDERED to file a notice of compliance advising how they complied with this Order within three days of the issuance of this Order; and

(4) Respondent is ORDERED not to re-detain Petitioner without pre-deprivation notice of the reasons for revocation and a pre-deprivation hearing before a neutral immigration judge to determine whether detention is warranted.

Dated: June 11, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE