JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHENGGUANG ZHANG, | Case No. 5:26-cv-02469-JLS-MAR |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN OF ADELANTO ICE PROCESSING CENTER et al, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**.

Dated: June 24, 2026

HONORABLE JOSEPHINE L. STATON
United States District Judge